MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
mmills@blwmlawfirm.com
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax No: 702-240-4267

Counsel for Defendant,
Bodega Latina Corporation, dba El Super

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CABALLERO, individual,<br><br>    Plaintiff,<br>vs.<br><br>BODEGA LATINA CORPORATION,<br>d/b/a EL SUPER, DOES I – X, inclusive,<br>and ROE CORPORATIONS I – X,<br>inclusive<br><br>    Defendants. | CASE NO: |

### NOTICE OF REMOVAL

To: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

Defendant, Bodega Latina Corporation, dba El Super, hereby notice the removal of this action to the United States District Court and, in support thereof, states as follows:

1. On or about January 6, 2017, Plaintiff commenced an action in the Eighth Judicial District Court, Clark County, Nevada, entitled *Marina Caballero v. Bodega Latina Corporation, dba El Super*, Case No. A-17-749268-C. A copy is attached as Exhibit [i]. In the Complaint at ¶1, Plaintiff alleges that Plaintiff is a resident of the State of Nevada.

2. Service of Summons and Complaint upon Defendant Bodega Latina Corporation, dba El Super was made by personal service on January 19, 2017. A copy is attached as Exhibit [ii].

NOTICE OF REMOVAL
- PAGE 1 OF 3 -

2723889v1

3. No further proceedings have been had in this matter in the Eighth Judicial District Court, Clark County, Nevada.

4. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332.  Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. §1441 because it is a civil action that is between citizens of different states and in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Plaintiff alleges in her Complaint that she was and is, at all times relevant therein, a resident of Clark County, Nevada.

6. Defendant Bodega Latina Corporation is a Delaware Corporation headquartered in Paramount, California.

7. DOES I-X and ROE CORPORATIONS I-X are named and sued fictitiously and their citizenship is disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction.

8. There is now complete diversity between Plaintiff and Defendant Bodega Latina Corporation.

9. The Complaint alleges claims for Negligence, Negligent Hiring, Training, Supervision, Retention and Vicarious Liability/Respondeat Superior.

10. In her Complaint, Plaintiff prays for recovery of general and special damages, in an amount in excess of Thirty Thousand Dollars ($30,000.00); attorney's fees and costs, interest at the statutory rate, and for such other and further relief as the Court deems just and proper.

11. In her demand, Plaintiff identified her past medical special damages which incurred approximately $32,176.60 and offers to settle her claim for $250,000.00.  It is uncertain if Plaintiff is still receiving medical treatment.  Thus, based on the allegations in the complaint and the representations made by the Plaintiff, the value of the amount in controversy exceeds $75,000.00.

12. More than 30 days has not passed since notice of lawsuit was served.

2723889v1

13. A true and correct copy of this Notice of Removal is being filed on this date with the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

Based on the foregoing, Defendant Bodega Latina Corporation, hereby removes the above-referenced action now pending in the Eighth Judicial District Court, in and for the County of Clark, as Case No. A-16-747368-C to this Court.

DATED this 26th day of January 2017.

BAUMAN LOEWE WITT & MAXWELL

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Attorney for Defendant,
Bodega Latina Corporation, dba El Super

---

i Plaintiff's Complaint
ii Summons and Affidavit of Service