# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| MARINA CABALLERO,<br><br>        Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION d/b/a EL SUPER,<br><br>        Defendant. | 2:17-cv-00236-JAD-VCF<br>**ORDER** |

Before the Court is the Motion to Withdraw as Counsel (ECF No. 25).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel (ECF No. 25) is scheduled for 3:00 PM, October 11, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that Marina Caballero must attend the hearing in person.

DATED this 27th day of September, 2017.

                                                        CAM FERENBACH<br>                                                        UNITED STATES MAGISTRATE JUDGE