**SUBT**
Eric Marshall, Esq.
Nevada Bar No. 8847
Mark G. Losee, Esq.
Nevada Bar No. 12996
MARSHALL INJURY LAW
2015 E. Windmill Lane
Las Vegas, Nevada 89123
Telephone: (702) 489-5700
Facsimile: (702) 446-0092
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CABALLERO, individually, <br><br> Plaintiff, <br><br> vs. <br><br> BODEGA LATINA CORPORATION, d/b/a EL SUPER; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case Number: 2:17-cv-00236-JAD-VCF <br><br> **SUBSTITUTION OF ATTORNEY** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff MARINA CABALLERO, in the above-entitled matter, hereby consent to the substitution of Mark G. Losee, Esq of the law firm MARSHALL INJURY LAW, in place of Kimberly Valentin, Esq. of the law firm DE CASTROVERDE LAW GROUP.

DATED this 24 day of October, 2017

*[signature]*
Marina Caballero, Plaintiff

...

...

Kimberly Valentin, Esq. of the law firm DE CASTROVERDE LAW GROUP, does hereby consent to the substitution of Mark G. Losee, Esq. of the law firm MARSHALL INJURY LAW, in the above-entitled action as attorney for the Plaintiff, Marina Caballero.

DATED this 11th day of October, 2017.

**DE CASTROVERDE LAW GROUP**

_____ No. 14256 For
Kimberly Valentin, Esq.
Nevada Bar No. 12509
1149 S. Maryland Parkway
Las Vegas, Nevada 89104

Mark G. Losee, Esq. of the law firm MARSHALL INJURY LAW, hereby substitutes as counsel of records for Plaintiff, Marina Caballero, for the above-captioned case in place and stead of Kimberly Valentin, Esq. of the law firm DE CASTROVERDE LAW GROUP.

DATED this 11 day of October, 2017.

**MARSHALL INJURY LAW**

_____
Mark G. Losee, Esq.
Nevada Bar No. 12996
MARSHALL INJURY LAW
2015 East Windmill Lane
Las Vegas, Nevada 89123
Telephone: (702) 489-5700

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-27-2017

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(b) of the Nevada Rules of Civil Procedure that on the 24 day of October, 2017, I served a true and correct copy of the above and foregoing, *Substitution of Attorney* on all those listed parties registered for service as follows:

Kimberly Valentin, Esq.
DE CASTROVERDE LAW GROUP
1149 S. Maryland Parkway
Las Vegas, Nevada 89104

Michael C. Mills, Esq.
BAURMAN LOEWE WITT & MAXWELL
3650 North Rancho Drive, Suite 114
Las Vegas, Nevada 89130
*Attorney for Defendant Bodega Latina Corporation, dba El Super*

/s/ Pacey Robinson
Employee of MARSHALL INJURY LAW