MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax No: 702-240-4267
Email: mmills@blwmlawfirm.com

Counsel for Defendant,
Bodega Latina Corporation, dba El Super

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CABALLERO, individual, | CASE NO: 2:17-cv-00236-JAD-VCF |
| Plaintiff, | |
| vs. | |
| BODEGA LATINA CORPORATION, d/b/a EL SUPER, DOES I – X, inclusive, and ROE CORPORATIONS I – X, inclusive | |
| Defendants. | |

### STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties, by and through their respective

1  counsel of record, that the above-entitled action shall be dismissed, with prejudice, each
2  party to bear its own attorneys' fees and costs;
3  Dated this ___ day of January 2018.              Dated this 16th day of Feb 2018.
4  MARSHALL INJURY LAW                              BAUMAN LOEWE WITT & MAXWELL

_____                          _____
ERIC L. MARSHALL, ESQ.                             MICHAEL C. MILLS, ESQ.
Nevada Bar No. 008847                              Nevada Bar No. 003534
2015 E. Windmills Lane                             3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89123                                Las Vegas, NV 89130
Phone: 702-489-5700                                Phone: 702-240-6060
Fax: 702-446-0092                                  Fax: 702-240-4267
Attorneys for Plaintiff,                           Counsel for Defendant,
Marina Caballero                                   Bodega Latina Corporation

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE,
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

DATED: _____