MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax No: 702-240-4267
Email: mmills@blwmlawfirm.com

Counsel for Defendant,
Bodega Latina Corporation, dba El Super

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CABALLERO, individual, | CASE NO: 2:17-cv-00236-JAD-VCF |
| Plaintiff, | ECF NO. 32 |
| vs. | |
| BODEGA LATINA CORPORATION, d/b/a EL SUPER, DOES I – X, inclusive, and ROE CORPORATIONS I – X, inclusive | |
| Defendants. | |

## STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties, by and through their respective

counsel of record, that the above-entitled action shall be dismissed, with prejudice, each party to bear its own attorneys' fees and costs;

Dated this ___ day of January 2018.  Dated this 16th day of Feb 2018.

MARSHALL INJURY LAW  BAUMAN LOEWE WITT & MAXWELL

_____  _____
ERIC L. MARSHALL, ESQ.  MICHAEL C. MILLS, ESQ.
Nevada Bar No. 008847  Nevada Bar No. 003534
2015 E. Windmills Lane  3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89123  Las Vegas, NV 89130
Phone: 702-489-5700  Phone: 702-240-6060
Fax: 702-446-0092  Fax: 702-240-4267
Attorneys for Plaintiff,  Counsel for Defendant,
Marina Caballero  Bodega Latina Corporation

### ORDER

Based on the parties' stipulation [ECF NO. 32] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
February 20, 2018